**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jay Bonanza BRILEY, Defendant-**
**Appellant.**

**No. 17-6684**

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Jay Bonanza Briley, Appellant Pro Se. Kellen Sean Dwyer, Rosanne Cannon Haney, David Sang Hak Lee, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Bonanza Briley appeals the district court's order denying his motions for a reduction in sentence, for summary judgment, and for production of sealed records for use in his civil case, and granting the Government's motion to seal an exhibit Briley filed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Briley,* No. 1:12-cr-00482-LO-1 (E.D. Va. filed May 16, 2017; entered May 17, 2017). We deny Briley's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*